IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Joshua Manning, | ) | C.A. No. 8:06-1591-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Duke Energy Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant is ordered to inform the court of its state of incorporation and principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The defendant is ordered to respond within ten (10) days of the date of this order.

In addition, the notice of removal does not indicate that the matter in controversy exceeds $75,000. As such, the parties are ordered to inform the court within ten (10) days of the date of this order whether the matter in controversy satisfies the requirements of § 1332.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 25, 2006